**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

RECEIVED

APR - 2012

JAMES BONINI, Clerk
CINCINNATI, OHIO

_William Dixon_

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # _529-169_

_O.D.C. Gary Mohr_     vs.     _15 Named Defendants_

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

_Larry Greene, Don Morgan, Devon Schultz_
_Angie Walton, John Reon, Elisabeth Scott,_
_Ward Barantne, Nathic Week, Nic oppy_
_A.J. Wagner, Richard yard, Mike Dewine_
_Anthony cadogan, John Gardner_

Clerk copy
1-of-17

1:12 CV294
DLOTT
J. Wehrman

**COMPLAINT**

I.     PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

_William Dixon     529/169_

NAME - FULL NAME PLEASE - PRINT

_P.O. Box 45699     S.O.C.F._

ADDRESS: STREET, CITY, STATE AND ZIP CODE

_Lucasville, Ohio, 45699_

_N/A_

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

_clerk_

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS
REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING
        WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING
        TO YOUR IMPRISONMENT? YES ( ) NO ( )

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW.
        (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL
        LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

            DEFENDANTS:

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT ,
            NAME THE COUNTY)

        3.    DOCKET NUMBER

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT
            APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

---

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

      Life or Death Emergency Kites, letters
      Complaints, sometimes they won't
      Respond.

    2. WHAT WAS THE RESULT?

      To No Avail, No action Taken,
      live in Fear, 3 Attemps made on
      Life, Hospitalized.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

    My family has called, I was to Scared to
    Proseate, Criminals at Grand Jury for
    Att. murder.
       See Evidence attached.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

# Defendants list address

1. Director of O.D.C. Gary Mohr — Centreal office
2. Chief medical Of O.D.C. John Gardner — 770 West 30 ood St
   Columbus, Ohio, 43222
3. WARDEN LARRY GREENE — All wardens — S.O.C.F.
4. WARDEN Mic oppy — At S.O.C.F. — P.O. BOX 45699
5. WARDEN DON MORGAN — Lucasville, Ohio, 45699
6. Chief medical of S.O.C.F — Anthony cadogan
7. Attorney General of ohio — MIKE DEWINE — James Roads state Tower office
   30 E. Broad St. 17th Floor
   columbus, Ohio, 43215-3428
8. Head Prosecutor Mathis Heck
9. Prosecuter WARD Barkantine — 301 West 3rd st.
10. Prosecuter MS. Scott — Dayton ohio
11. witness Devon Schultz — 45402
12. witness Angie watton
13. Judge A.J. Wagner — 41 N. Perry st. Dayton Ohio, 45402
14. Detective Richard ward — 330 W. Second st. Dayton, Ohio, 45422
15. John H. Rion — 130 W. Second st. Suite 2150 Dayton, Ohio, 45402.

## Statment

This Civil Action, Is Based oN AN Attempted murder of William Dixon. Nov. 2011, 2 Gang members. Aryan Brotherhood Tried to kill Dixon. Dixon was stabbed 9 Total Times, Beat with A Foot Ball Sized Rock And Both Hands Stomped on. Dixon went TO Vist 3 Hospitals. Pike county, O.S.U. And C.M.C. Dixon under went Surgery, has Plates, screws And Alot of Permanet Damage. scares, P.T.S.D. Head Trama. Now Eveeryone Named IN The LAwsuite Is Guilty of playing some Roll IN The Attempted murder, This case will Go Back to The people who knowingly, Illigally placed Dixon IN Prison, see HALF The people Named Are Named only Because They Helped place Dixon IN Prison, But They Knowingly Broke The lAw, partook IN Miscondrct, Lied, And knowingly put an Innocent man IN Jail. IF These men Didnt put Dixon IN Jail. Dixon would of Never Been Almost killed, (9 Times). So Dixon Suffered undo Handship Because of their action. Now The other halF of Defendants Are Named, Because They Are The authority Figures. IN Any Business The Boss Is under liability for what Takes place. Neglagence, lack OR Any Breach of security All comes Back to Leadership. Now partly I cant Say O.D.C. Prison StAFF, Acted knowingly All The Time, But Neglagence and Disregard will cover That part of the case. Some people will Be Named Because They WAS Notified And Refused to Act.

## Statement. 2

Now I can't Honestly Say Why Anyone Did what They have Done. I can only Give Facts. which I will have Many Reasons for why maybe It All happen. I Don't know why, But the Fact is All This Did Take place. I Knew Ohio legal Officals Believed I was William K. Dixon, 1980 ex-con Born of Dayton Ohio. Aryan Brother. Originally The police Thought I was This Man. I AM William Robert Dixon 1979. Not An Ohio ex-con, Not a gang member. so That could of caused The original Misconduct. Next Dixon worked And Has a Relationship with The F.B.I. Dixon helped Take Down An Ohio Drug cartel The Biondi crime Family. And Biondis legal Ties All Are Strongest In Dayton Ohio, Alot of Men In Dixons case was Tied to Biondi, "OR" The issue of Dixon Being a Free-Mason. which The original profile, Ohio ex-con Then Free-Mason caused Alot of Trouble. But As An adult Dixon Never has Been Arrested Dixon has No past Criminal History. Dixon had one Juvinile Arrest In Arkansas In 1996. But Ohio Free Masons have Turned a Deaf EAR to Dixon since Dixon was Brought to Ohio. All Because of Misinformation. But This will Reveal The entire story.

Statement. 3.

we will start with DON MORGAN, LARRY GREENE, and MIC OPPY. Already stated Dixon was Almost killed. Now lets Review The facts IN full. At L.e.C.I. prison An inmate came into Dixon cell while asleep. The inmate tried to kill Dixon, staff found out, Took photo's, They placed The inmate on Dixons watch list, on the way Being transfered to S.O.C.F. From L.e.C.I. A second Attempt was made on Dixons life. Now Review facts. No inmates knew of Hub Rides. All inmates Are striped serched. Dixon was coming from LeCI to S.O.C.F. And At The Hub Dixon was placed IN holding with S.O.C.F. inmates. Dixon was Attacked. An inmate was able to get his hard cuffs off and had a knife. Dixons fore Head was cut open. luckly inmates That was From LeCF knocked The knife out of The inmates hand and one inmate Flushed It. That saved Dixons life. Now staff took photo's. Dixon out of fear said He fell. what can you Tell to The same Guards who let Someone get a knife on Hub and slip cuff's. you can't say Nothen, so Dixon out of fear said He fell, It was Documented as a fall. — Now Dixon was working inmate commesary $10,000.00 come up stolen IN 3 months. staff and inmates was under full investagation. Dixon was placed IN the hole. Dixon was taken to see The inwestagater. Dixon was told That staff could get IN trouble, inmates can go Down, This Is All Really serious. Dixon Didn't want to say Anything to staff.

Statement 4.

But Dixon knew some good men could get fired. STAFF with family, kids. ect; So Dixon asked the investagater, what Do I DO to get square with you. He asked for some truth. Dixon said This is confadential Between us and I wont write Nothen. Dixon explained inmates stole all the money. STAFF had nothen to do with It. The investagater Typed up a Report and They charged The inmates. some How A "CO" got eyes on The confadential paper work. a STAFF member told inmate Pearce Dixon gave up The plan. The STAFF member let Pearce Read The statement Report I gave. inmate Pearce wrote kites and letters to other inmates saying Dixon snitched on The Big Money Move. inmate Pearce sent a letter By prisonman to Dixon. Pearce said I knew you snitch, Pearce was Able to (word For word) Repeat The statement. Every Thing, Other inmates got word also. Dixon went to co Little. Dixon worked for oLittle in library. Dixon explained He needed to see a goodman who was in High authority, someone who can Be Trusted. Dixon let Little Read The letter. Little said He could Talk to someone The Next Day.

The Next Day 2 gang members Tried to kill Dixon At yard Rec. Now The gang members had a knife and a Rock that is located outside The Fence. Not state issued Iteams.

<u>statement 5</u>

The point is Dixon was stabbed many times and
Beat. The Rock come from out side the Fence.
The Knife was Made and Transfered to the
Rec yard, All on security. The Release of the
"confidential statement" is what caused the
Threat. The last Attempt on Dixons life was the
Black gang members. At the Hub. Dixon was not
At WAR with A.B. The guys went at Dixon
Because He got marked snitch. Then After that
Comes Medical, Dixon went to emergency
Surgery at O.S.U. Dixon had stab wounds in
his Back That got stiched up at Pike county.
O.S.U. was hand, plates, screws. The staples
in the Head was Done at Pike County Also.
But Because of Head Trama, stab wounds Dixon
was to set up Right in hospital Bed. After the
O.S.U. surgery They took Dixon to C.M.C.
Dixon was Denied Any Real Pain Meds, Denied
a Hospital Bed, Dixon was put on a prison
matt and concret. No Elevation. C.M.C. has
hospital Beds, But Security said — word for word-
( Fuck Dixon He's a max Stab victim) So Dixon
was placed in a Room 106° Heat Blowing on
him, No Hospital Bed. No Real Pain Meds. It
was so Bad. a black nurse smuggled Dixan
an extra ball matt and tape to cover the
vent, a few Nurses tried to help. But C.M.C. Doctor
went with what security told him to.

6

Now that comes on to the Next thing At
O.D.C. They have trouble with pain meds.
Dirty staff will bring in stuff, tobacco for
pain meds, inmates Misuse pain meds. So
Doctors At C.M.C. S.O.C.f., All never do what
is best for society. They let Money and cops
Decide Medical Treatment. Dixon Never got any
P.T. Dixons had broke bones a few times.
Denied Any Therapy, No Money. Denied Real
pain meds. Dixon still only gets Ty 3 at Night
1 Ty 3 In Morning. That Don't help. Plus Ty 3
cause addiction, Made Dixon Sick. Dixon has
Requested Non Narcotic Altruns. The Doc said
No. Dixon has Been Denied Religious Service.
Since Dixon got stabbed Dixon has Been
On 24 hour lock Down. Dixon has Been Denied
P.C. Denied access to law library. Denied
any exersize. Also staff has stolen
a lot of Dixons personal property, which
Dixon has Reported everything lost stuff.
And 4 inmates have Attempted to get Into
Medical to kill Dixon. TRUE No one has got
to Dixon yet. But it only takes one
slip. Dixon had to Deny the Right to go
to Grand Jury and testify. Dixon lives In
fear and knows people want to kill him.
S.O.C.f. wont transfer Dixon. Dixon is held
At Medical In S.O.C.f. As a way to silence
Dixon from legal action.

medical issue, it takes months to see doctor for medication, they run out of Ty 3 alot which Ty3 makes me sick. addictive. I've told doc, Ty3 is NO good for me. Ultram isn't addictive. Also I get lowest grade of pain med for pain. when I complained about colin issue. He ordered STD Test I'm not gay so that's pointless. still never checked stomic or colin, I reported poisoned to medical. Their response was I'm not housed in D1-for medical, they Ignore all my complaints. Next inmate vanderpool saw skidmore And was working with him to bust a nurse. That Day vanderpool saw skidmore said Be Ready, The Nurse came In to pass out meds. He also had some photo's for people to look at, I gave him a sick call on state kook pejer, it was Placed In Photo's Pouch. vanderpoole switched a love letter with my sick call. check The hand writing. it's vanderpool's. well Now Everyone they Thinks I set up Nurse. vanderpole played me, Nurse and skidmore and it causes me trouble.

Statement

Think About it, NO commosary access, NO
legal access. NO way to Make copies, Denied
Visits. Denied to shop for even Hygen. They
leave 3.00 monthly on Dixons account.
Now The medical staff Named Anthony cadogan And
john Gardner   Are Named for The medical
Issued I Named. Neglagence And care. Already
noted. The Director was Named. Gary Mohr
Because He is over O.D.C. He is The Boss.
He should Know whats Going on. Plus Note.
I've wrote letters, my family has called. we
have complained over and over. I have Tried
to Reach a Remedy Before The law Suite. I
was Forced to help Bust Dirty staff. I was lied
to, said I would go P.C. Asap They used the
Fact I was Scared to get infomation. Then
they lied And Said I would get a Report Saying
what happen So i could file In my criminal
case. I'm under an actual innocence claim.
In federal court, And i wanted to push for
Emergency Aculture to to unsafe environment.
They lied To me. I wanted to They fail judicial,
Anything. All i want is to Go home To my
State of Arkansas. I'm innocent of my crime.
And I will walk Away with my life and freedom.
The Fastest Remedy is to let me out of jail. I
Got a statement from The white house An Alibi
statement authenticated By Condaleeza Rice.

(Criminal case Related's)

-ok- The Attorney General Mike DeWine And Mathis Heck WAS Named IN the case Because They Knew what was Going on IN Dixon's case And failed to React. Dixon And his Family Reported stuff, wrote letters And The Attorney General stated get an Attorney My Office don't investagate Misconduct. Mathis Heck Never even Responded to any Complaints. But The complaints was Criminal, so Thats why They should of At least investagated. FIRST lets Review Judge A.J. Wagner. He admitted on Trial Record to Being Jewish. He claims to have Tie's to the victim in the case, OK- FIRST The Next Defendants Are Named for the Criminal case which put Dixon In Jail. Dixon was accused of Forceing The Biondi Crime Family to Rob someone. In Dayton Ohio. Dixon was accused of Being in Ohio, and planning and Forcing people to steal 400,000.00. Now Wagner knew The victim, claimed his Grandma and The Vic came to America togather. Wagner Said Dixon is Anti-samatic. So Wagner was personal And should of never Tried The case. Next Wagner WAS Also Tied into The Biondi Crime Family. Many years ago Wagner WAS on Retainer By Tom Biondi. Now Biondi WAS Never Charged He was let go. But Trial testimony By All The -CO Defendants. The states witnesses All lied. But The only Thing They aggreed on was Biondi was The Get A way Driver. And master mind.

OK so No one gets lost. lets Go Back. william Dixon
Is From Arkansas. At 12 years old Dixon lost his
Mothers Care. Dixon went to live with the Dixon
Family, Grandparents, uncle's, Father ect. Dixon
lived In Florida And Arkansas. Dixon had No
contact with Dana Battles, not even a phone
call from 10 years old untill about 19. Dana
Battles Dixon's Mother, worked For The Brandt
Crime Family. Dixon Never Knew Tom Brandt
or anyone Tied to. In 1999 The Brandt Family
Took a Big Bust By DEA. In Arozona State.
Dana Battles was Arrested. Tunnels, Drugs,
R.V.'s Full of Drugs. All Coming to Ohio.
The Brandt Crime Family paid Millions. The
Case was Transfered From Arozona State
to Dayton Ohio. And It Cost Millions. Alot
Of men In Dayton Got Rich. John Rion Judge
Wagner, Many others. Brandt was Never The
one Arrested, But He Signed The Pay checks.
Brandt kept legal Officals on payRoll. In
Dayton and columbus ohio. Evidence of
That is The Many drug cases All Switched
to Dayton Ohio. And The 7 Murders Josh Brandt
was Never Arrested For In columbus. Now
look I'm Not Just Talking. I've had hired
pRivate Investigaters I've TRaded Info with
The F.B.I. I've worked on this for 5 years.

the point is this. I've Done my Home work, i got people, case's, records, I've checked everyone out. you can ask Prison officials, I've continued my Work with F.B.I. IN jail, Collecting info for Them, while I get what i Need. All the way Down to stuff That is wrong But Don't matter prysoe who Touches my case. I have an investigate check Them out now, why? I couldn't understand How legal offical's all lied, cheated, and totally broke The law to Set me up. Just so you know This is Real. Ms. Scott, you Got family who work at notredame college. Their IN Sports, And I Know Bout the Gamballing. See I've Not only checked you out But anyone who knows you. Harintine you have a past with adultry. Anyway The point is IM Not From Ohio, I was Never Tied to Bronds or my mother. IN 2000 My Mom Changed her life, so to speak, she wanted to talk to me again. so we started with phone calls, well the 99' Bust Scared her, she Almost Did Time. Judge wagner was An Attorney Then and He was paid by Bronds to represent Someone Involved In The Drug Bist. There IS More but I can Prove That By Documents. The point is wagner Denied Dixon to have witnesses. Denied Dixon to Submit evidence. Denied Dixon The Right to Appeal.

Now I can't say why Anyone Did Anything. but I
can provide All Facts. Judge Wagner was told that
Dixon had a conflict with John Rion. Now lets
act to John Rion. Dixon was Arrested in Ft smith
Arkansas. He gave 38,000 $ to Dana Battles.
Dana Battles gave $ 35,000.°° to John Rion.
The deal was made At first. Ankle monitor,
bond. And Then The case would Be DRopped.
The Time lines would extend by law, speedy
TRial. John Rion Made a deal with Judge
Wagner. Now when This Deal was Made. No
one knew Dixon was working for police,
They All Thought Dixon was with the Grande
Crime Family. see The Original Court Records
for Jury Trial. it was 2 weeks past The
Date legal. After John Rion Investigated
Dixon's case. The Jury Trial Date changed.
which All This Can Be proven By Paper work.
See Originally Dana Battles Told John Rion
a Bunch of lie's. Battles Told Detectives and
Rion. She said Dixon has Been In prison
Since He was 18 years old. see Ms Battles
Re-wrote history in her mind to deal with
The Fact she abandoned her child. she lied to The
cops and Rion saying my son was in prison
Since He was 18 years old. And He just came
home. He can't go Back to jail.

See Dawn Battles Never told Rion the truth.
See The confidential informant who told Detective
Ward About the Robbery was Dawn Battles.
When Tom Brandt got Arrested in Belize, He
Found out Angie Walton And Devon Schultz was
Still Alive And hadn't been killed. Thats what got
Dixon Involved. In 2004 Dixon came to Ohio to
Start a New Relationship with Battles. Dixon took
a job in Belize Central America For Tom Brandt.
Soon As Dixon Realized They were All Criminals Dixon
called DEA FBI ect. Brandt Asked Dixon to kill
Schultz and Walton. Dixon said He killed them to
Brandt, But took Them to Arkansas Than Florida
to Meet with F.B.I. Walton and schultz Refused to
Be of Any Help. So They Was placed on a bus
In Maryland. While In Belize Brandt Found out
Dixon Didn't kill Them. Brandt told Battles. Then
~~Battles~~ called The Detective and Said They All Did
The crimes. Battles Protected Brandt and told Detective
Ward her son told her About The crime. So That
Is how Dixon got his Name In the Robbery.
When All The Criminals got Arrested, No one
Accused Dixon of Any crime. Not one statement
Was wrote to say Dixon Did Anything. So
John Rion and Judge Wood Made a Deal.
Split The 35,000.00 and let the Time Run out.

see Dixon was Never accused of Any crime, so
They had NO case Any way. So Then Richard want
The Detective comes to Ft. smith Arkensas.
He picks up Dixon for Questioning. This is
How Dixon came to get ARRested. Det. ward.
goes Through Dixons Wallet, and personal stuff. He
Finds a Membership card to A Masonic lodge
In Arkansas. And a Masonic Ring. Det. ward
Says How did you get This. see Det. ward
Believed Dixon was william K. Dixon alias Ex con.
After Daro Collins lied And said Dixon Been to
Prison since He was 13 years old. ward only
Found one person named Dixon to match That.
william K. Dixon Danton ohio. So when the cop
Said The Free Mason Ring And card. He was
confused. Dixon said I'm a mason. The cop
Said I'm a Mason. So on The Free Mason
Masonic Bond Dixon gave a full statement. see
ward Thought He would give his ward The
Statement wasn't for Record only Brother to
Brother to authenticate The Alibi. see
Dixon Told The Cops. I was IN Belize when
You say I was In ohio. So Now The
cop Thinks He was an ex-convict lying into
a Free mason lodge in Arkensas and saying he
was In a 3rd world country when the
Crime happen. So The cop took The statement
and Never investigated anything.

Statement 14

See It's Real Simple Dana Battles lied to the Cops. They Made a False profile and had the wrong Name. Then when Dixon Said The Iraq wasan Stuff, they Mention F.B.I. 3RD world Countrys DRug Bust. They All Said Dixon was Insane. They Thought I was only Released from prison in 2005. Because thats what Battles Said. Now The Detective WARd went to a jury Trial, lied under oath. He told a jury He knows Dixon pass port was Fake, Plain tickets all Fake. And Dixon was Never in Belize. He claims to have checked with The Government. But Det. ward knowingly lied under oath and caused Dixon to go to prison. Now The white house has authenticated Dixons Alibi And poss port, Mandaloura force wrote a statement. Also Vanessa wash.. gton wrote a letter explaining Detective WARd lied No me contacted them to authenticate my Alibi. Because you can only Do so By a court order. So the cop lied under oath to convict. Because he was to lozy to even check out Any story Dixon gave. plus its a Breach Of contract, when you sign you paper work to join a lodge, you bind yourself By contract to keep your word. to Any Free Mason. The Detective Breached that Bond.

Statement F615

Now After the Literature aired interview and page Wagner All About Dixon airing Anita another Ex-con from show, played all The lies hoax and All the lie's The Fake passport story. They changed court Dates and started to set Dixon up. Then Brandi Bought his prison Time in Belize, Got Back to the united states. then they All found out Dixon was In Belize, Dixon Set Brandi up for Real, Then All the criminals changed their testimony 2 weeks Before Jury trial. They All then lied to accuse Dixon of Crimes. now The Detective claimed All The passports were fake Dixon never left Ohio. He told a Jury that Paul Brandi's Statement was clean, yes we All got Busted In Belize Because of Billy Dixon. The Detective still lied And said No one said Dixon was in Belize. John Ryan originally had John Paul on Dixon's side, then took him off and Ms. Tawley off. John H Ryan did it All himself to Protect his son. He knew He was Gona Deny Dixon to testify, witnesses, any help. The lady from the U.S. Embassy E marked John Ryan saying I was In Belize with her, John Ryan Refused to even talk to any witnesses. They All lied and layed Down Dixon objected on Trial Record Before and During Trial About All of this.

Dixon was refered to jury trial by judge
Wagner. They didn't want to let Dixon
get an Attorney to help him out. Then
Judge Wagner said you can take 10 years
in jail or go to trial with No witnesses
or evidence to Defend yourself. All on
the Record. Then After Tom Stands and

Angie Walton And Dawson Schultz Both admit They
lied to save Tom And get Plea Deals. Dixon
submitted The letters From Walton and Schultz
saying They lied For Plea Deals. Judge Wagner
Sent John Dixon a court fine of $20,000.00
it was a Black Mail bribe attempt. pay The
20,000.00 Abe Dixon, get the case Reversed.
Dixon Refused to pay. Made Both Wagner
and Rier Explaining thats Black mail. Then
Judge Wagner tried to cover his Ass by
filing an Illegal Court Cost of 20,000.00
now you got 4 CO Defendants Dixon is the
only one who gets fined 20,000.00 in 2005
8 years later. 2nd Dist. Court Reversed
The fine's Said they wasn't on Original
Journal entry. Now After That. Judge Wagner
still send an order to .O.D.C Prison to
Stop Dixons inmate accounts. Ever After
The court and Did Said No fine, Wagner put
a hold on Dixons Money and Then Denied
the Motion Pending Bout New Evidence.

Aug's walton, Devon schultz lied under oath at Trial
To convict Devon for plea deals They admit to
it. Thats perjury. Plus lets get to Ms. scott
And ward Executive prosecution. They had Tapes
of phone conversations And Evidence of lies.
They knowingly submitted false lies to a jury.
Every Piece of Evidence They submitted. They
had stuff to impeach it. And with held it. They
knew theywere setting up an innocent man.
For Example Devon Schultz Said she was
with Devon, April, nan; for planning Crimis. schultz
was asked upon was Tree not in jail the
whole time with Devon. shoulte said yes.
Devon schultz was in jail. she was Bonded
out 2 days Before the holttieg prosecution
knew she lied to a jury. they had the Release
Sheet, when Devon tried to impeach schultz
on the record. the prosecutor objected. They
Said Asked And Answered She said she wasn't
in jail, Devon could of submitted an Release
Sheet, But Judge wagner said no. They
wouldn't let Devon impeach Schultz. They
knew it was All lies, Also they Did ofer
Them Plea Deals. Judicial They lied too a Jury
sayin Their was No Deal, Schultz and
walton Both ad if they were bribed deals.

STATEMENT OF CLAIM Pg 18

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Ward Barentine, Ms. Scott, submitted alot of false evidence, Knowingly, They even let the court give Dixon An Illigul sentence, And Defended It. I Got 21 yrs when my max was 13 yr. I Reserve the right to use Any Issue In criminal case. The major thing Barentine did is Tell everyone Dixon is an ohio ex-con who was on parole. He even told the prison Investagator that, Thats a lie. yes 1996 In Arkansas Dixon has a juvenile Felon conviction for Agg. Robb. Dixons Father was a Vietnam Vet. Went to a wheel chair 1996. Dixon stopped School, Worked construction, And did Night school to pay the Bills. A Rich Punk Kid was Picking At Dixon called him white Trash and Said his Father was a Drunk. So I Knocked his Tooth out and pushed his motor scooter Into Arkansas River, I was found Guilty In juvenile court, sentence to 10 yrs 70% No Felon / Fawell Law. With walking parole / probation, which means my case is sealed Because I Never got a Felony case with In 7 yrs. yes I walked on paper. But That was Arkansas. No adult case No place, Now lets see what I've Done with my life. Completed R.O.T.C. Honorable Discharge, went to A.S.U. college, got a degree from U.L.C. for phil Ael / S. Advisement, 2 Trade school degrees upolstry and C.D.L, Semi-Truck, member of a Free mason lodge. Completed Blue degrees In one yr, advanced to scottish Rite. Board member For united way Power Net program. Drove Semi and Traveled All around the world, private contract, worked for the united States Government, The white house Condaleeza Rice authenticated who I Am.

William Robert Dixon

-5-

## STATEMENT OF REMEADY Relief.

I Believe their needs to be some kind of Non-Governmental group Group given power to INvestagate the conduct of All legal officals. When our forefathers designed the American system, It was A must for Good men of office, legal officals to have to highest level of moral Fiber, Ethic's. IN these days and times the dream is lost, men of office Become IN position By college. Anyone can achieve a job or placement IN the system. our Groups and secret societys, our so called Eleat members of society no longer strive for Greatness, membership Becomes job security and Not service. see when we let men take office for the wrong Reasons we end up IN Trouble. money Becomes an easy outlet to sell out our American Dream, we Need a NON-connected watch Group to watch out for men who use the system, or let's say we have Good men who want to give service, with Good INtentions But they have that one case that Gets personal, someone outside the Box Needs to have a voice. IN my case I contacted All legal officals, And no one would step in Because Everyone eats togather, No one wanted to step on Toes. so I want a non-profit watch dog for legal office's. someone who has authority. — Next I want the men who lied, Not the one's who made mistakes, the men who knowingly lied, those men should be penalized, How is It, those cops, Detectives, Judges ect. can lie, take years of people's lives on a false INvestagation, then they get Nothen for the misconduct, a slap on the wrist won't stop the problem. we need a system to keep the cops Honest. when they lie under oath and It's knowingly, they DO jail time. our system is designed to be held up By the word, INtegrity of the Good men of office, when that Fail's, the system fails. No liar should Ever Be Able to stand square IN a legal proceeding. you let the Evidence lead the case to the truth. you Don't make a theary and then try to piece Evidence to your personal thoughts.
Next I Believe a large amount of money Is called for, lets ask for Ten million, pain suffering, prison time, ect. And I believe I should get my case Reversed Now. I Deserve a New trial for my criminal case, for true Justice to be served, or just Released. I should Be Free from prison Now.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

The Fastest Relief IS for The court to Modify Illegal sentence Dixon's Co-Defendants got 6-yes. They Are Free Now. Dixon got 21 yes. They Fix Dixon's sentence, Dixon Goes home today No.P.R.C - Back to Arkansas And ohio will Never See Dixon Again, with Dixon's all Complants That could work or Reverse actual Innocence Claim. If we got to go The long Road, Then Dixon Needs P.C. Now. All Illigal court Fine's lifted From Inmate account. Access to my Free Mason Books, And my Ring Back, SOCF. Made Dixon mail home his Stuff. Also one Book was Stolen By STAFF An 1871 Kadosh By Pike was Stolen By Staff. (303) I want That Back. I want 10 Million Dollars. I Need My Pain meds Back to 3 Times a day with 2 Atturns at a Time. Like I Recieved at Lect. Prison. I Also Need an Attorny to Investagate My Claim - I live IN Fear

SIGNED THIS ___ DAY OF April 20 12.

_William I Dixon_

SIGNATURE OF PLAINTIFF

-6-

"Closing Statements" pg1.

Since I have come to the state of Ohio, I have been denied by my own brothers. Goodmen in ohio have turned a deaf ear to my every cry. see ohio Free Masons belieie in only loyalty to ohio. The square in this state is only for this state. And the education is so low. The mayority of members never have left the blue degrees. All still children. And membership is a social network for job security. I come from a long line of Goodmen, my mothers, fathers family, my mothers, mothers family, my fathers, fathers family, all Goodmen, Good women. my grandfather on my fathers side was a master of scottish, york, and a shriner. All male Dixens have been m. Lary men. All served at war time. father Vetrim. grandfather wwII, great grandfather wwI, great great served in the civil war with General Albert Pike. Then my family before that, England. Queen's Cancil with a knighthood in my blood line. So the belief of the square is strong in my family, in my heart the square was something real. Ohio has taken that belief to show me that not all Good men are Goodmen. Some use the Brotherhood for work, Social status, Crime, and other reasons. See when People saw an accused criminal with a masonic ring, or books, staff in prison, cops, ect. All believed I was only a free mason for a way to manipulate. Gain help. So I was denied in every way. when I was right, still denied.

Pg2

see Ohio legal officials only Believe IN ohio and they have Denied me, But when you All Deny me, you Deny Theo widows Son, you Deny yourself. I Am Not who I Am for Gain, I Have only Asked for my help IN what is Right and Good, I Never Asked Anyone to Break The law, only to FulFill it. Give me what The constatutional law Requires. see when you Sign The paperwork you Tie, Bind yourself to Every Free-mason world wide, Not Just IN Ohio, And when one man can make the Grand Hailing Distress, Its Our Duty to help Them. Ive Never Misused my Request And Im still Denied. whys Because IN Ohio They Teach That any "Felony Record" means you cant obtain a membership. I came to Ohio admitting I had a Juvinite offest IN 1996 as a kid. since then, Ohio officials All say, I should of Never Been accepted into a lodge, so They Deny me.

But I say This, That Belief Is lack Of True Histoery, to Deny me Is to Deny yourself, to Deny me is to Deny The Teachings of The scottish Rite, to Deny me Is to Deny Albert Pike. The Southern Grand Commander and adept, The Founder of The degrees to The southern Ancient accepted Scottish Rite. Albert Pike was a convicted Felon. Albert Pike was Convicted of murder, imbezelment and misuse of Government funds.

Pg 3

See what The State of Ohio Dont Realise Is without
Albert Pike, Their Is no complet scottish Rite. a
Felon gave The Scottish Rite life. After The Civil war
The Maycrity of Northern Scottish Rite men, was
all killed. no one had the complete path. Albert Pike
was arrested In Texas. Convicted of crimes. Pike
Then excaped, "which In Arkansas The entire story
Is Taught to us," (I cant reveal It to you) But
long story short, Pike went to canada, The
president of The United States "Pardoned Pike" to come
Back to washington D.C. Pike went to D.C. And
Then Rebuilt The Northern jurisdiction to The
Scottish Rite. a statue was put In judical sqvare
to Honor Pike for his service to Free Masons.
Pike was and is The only Confederate war
General Honored In washington D.C. my Family
Served with Pike, I went From The Blue degrees
to The scottish Rite under a Pike lodge In Arkansas
like all my fore fathers. So far Ohio to Deny
me Because of a juvinile Felony, Then Ohio
Denies Albert Pike and The scottish Rite. you
Can't Deny me and accept The teachings of my
Mentor, It Is my Mentor who made a Path for
me. I'm young And I know more Than The
Maycrity of Free masons I've met In Ohio, 80%
Of Free masons I've met Never left The Blue lodge
They say They cant pay The 250⁰⁰ Fee.

Pg 4

the peint is This, I'm In Prison, At The hand
of my own Brothers, They have All Denied Me, and
I Never Asked for Nothin against The law.
Every Request I've made has Been with In the
eye's of The law. And I hate The fact I had
to write This statement, see Ohio legal ~~officls~~
Offirals have Secretly posted on word About
Me, Telling each one to Deny my Cry for help.
They All say I'm Insane. I Never wanted
to Publicly write This, But you All Talk In
Secret and my Plea is Never Heard. I
had No choice, I had to openly Say This to
The court on Record, so Everyone would
Hear my Argument. I'm Innocent of The
Crime I'm In jail for, I'm Innocent, I have alot
of Evidence to Support That, I was Denied
Due process at Trial, I have almost Been
killed 3 Times In prison, I live In Fear In
prison, All These Are Facts, so Every Thing
I Ask for, Isn't Illigal. I shouldn't have
to even mention The square, But Since The
Thought of square caused Negative out comes
I had to Defend That, Then Ask for Justice.
Just let me Go home to my family, All I want
Is to Be home. Release me From Prison, I'm
In Distress, a lofty lost Traveler from The
East, In Distress, Hear my cry.
                                          Bill Dixon