IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Dixon,                          :
                                        :
            Plaintiff(s),               :
                                        :   Case Number: 1:12cv294
      vs.                               :
                                        :   Chief Judge Susan J. Dlott
O.D.C. Gary Mohr, et al.,               :
                                        :
            Defendant(s).               :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 21, 2012 a Report and Recommendation (Doc. 14). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 28).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the complaint is **DISMISSED** for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983, except for plaintiff's failure-to-protect claim against defendants Greene, Morgan and Oppy, which shall proceed.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court

_