IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William Dixon, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv294 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| ODC Gary Mohr, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 28, 2013 a Report and Recommendation (Doc. 61). Subsequently, the plaintiff filed objections to such Report and Recommendation (Docs. 63 & 64) which are the same document and defendants filed a response (Doc. 66). Plaintiff also filed a motion to extend time to file objections to the Report and Recommendation if the Court was not satisfied with the objections (Doc. 65).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

The Court has reviewed plaintiff's objections to the Report and Recommendation and found the objections to be sufficient to the Report, therefore the Court **DENIES AS MOOT** plaintiff's motion for an extension of time to file additional objections (Doc. 65).

Accordingly, defendants' motion for summary judgment (Doc. 39) is **GRANTED** and

plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Chief Judge Susan J. Dlott
                                            United States District Court