IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Dixon                    :
                                 :
        Plaintiff,               :
                                 :   Case Number: 1:12cv294
    vs.                          :
                                 :   Chief Judge Susan J. Dlott
ODC Gary Mohr, et al.,           :
                                 :
        Defendants.              :

JUDGMENT IN A CIVIL CASE

   Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Report and Recommendation of the Magistrate Judge (doc. 61) is ADOPTED. Accordingly, defendants' motion for summary judgment (doc. 39) is GRANTED and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  This case is hereby TERMINATED from the docket.


3/28/13                                              JOHN HEHMAN, CLERK


                                                      S/William Miller
                                                     Deputy Clerk